UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARL LEE BLACKMON,
    Petitioner,

vs.                                    Case No.:  3:23cv3190/LAC/ZCB

RICKY D. DIXON,
    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 9, 2023. (Doc. 12). The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 12) is adopted and incorporated by reference in this order.

2.    Petitioner's amended habeas petition (Doc. 8) is **DISMISSED** for lack of jurisdiction.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 27th day of June, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**